IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOTIVATION INNOVATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. _____ |
| ) | |
| DSW, INC., VALUE CITY ) | |
| DEPARTMENT STORES, LLC, ) | |
| BED, BATH & BEYOND, INC., and ) | |
| HALLMARK CARDS, INC. ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendants. ) | |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Motivation Innovations, LLC declares that it does not have any parent corporation, and no publicly held corporation owns a 10% or greater interest in Motivation Innovations, LLC.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

June 4, 2008

Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

Gregory P. Casimer
David J. Sheikh
Sally J. Wiggins
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

*Attorneys for Plaintiff, Motivation Innovations, LLC*