AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF    DELAWARE

MOTIVATION INNOVATIONS, LLC,

        Plaintiff(s),

V.

DSW, INC., VALUE CITY
DEPARTMENT STORES, LLC,
BED, BATH & BEYOND, INC., and
HALLMARK CARDS, INC.
        Defendant(s).

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  08 - 334

TO: (Name and address of defendant)

    HALLMARK CARDS, INC.
    C/O Division of Corporations
    John G. Townsend Bldg.
    401 Federal Street - Suite 4
    Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Karen L. Pascale (#2903)
    Young Conaway Stargatt & Taylor, LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    P. O. Box 391
    Wilmington, DE  19899-0391

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

*(signature)*

(BY) DEPUTY CLERK

DATE

JUN 0 5 2008

AO 440 (Rev 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE June 5, 2008 |
| NAME OF SERVER (PRINT) Shelly miles | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served upon Hallmark Cards Inc. by serving the Delaware Secretary of State located at 401 Federal Street, Dover DE 19901. Service accepted by Karen Charbonneau at 1:58 pm.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/5/08                    Shelly miles
             Date                      Signature of Server

15 East North Street Dover DE 19901
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.