IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOTIVATION INNOVATIONS, LLC, )<br>  )<br> Plaintiff, )<br>  )<br> v. )<br>  )<br>DSW, INC., VALUE CITY )<br>DEPARTMENT STORES, LLC, )<br>BED, BATH & BEYOND, INC., and )<br>HALLMARK CARDS, INC. )<br>  )<br> Defendants. ) | Civil Action No. 08-334-SLR |

### MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of the following attorneys to represent the plaintiff, Motivation Innovations LLC, in this matter:

> Sally J. Wiggins [wiggins@nshn.com]
> Gregory P. Casimer [casimer@nshn.com]
> NIRO, SCAVONE, HALLER & NIRO
> 181 West Madison Street, Suite 4600
> Chicago, IL 60602
> Telephone: 312-236-0733

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney has been paid or will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

June 17, 2008

Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
*Attorneys for Plaintiff, Motivation Innovations LLC*

2

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admissions *pro hac vice* of Sally J. Wiggins and Gregory P. Casimer is GRANTED.

Dated: June _____, 2008

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: June 11, 2008

Sally J. Wiggins
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, IL 60602
Telephone: 312-236-0733
E-mail: wiggins@nshn.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: June _10_, 2008

_____
Gregory P. Casimer
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, IL 60602
Telephone: 312-236-0733
E-mail: casimer@nshn.com