**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MOTIVATION INNOVATIONS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DSW, INC., )<br>VALUE CITY DEPARTMENT STORES, LLC, )<br>BED, BATH & BEYOND, INC. and )<br>HALLMARK MARKETING CORPORATION, )<br>)<br>Defendants. ) | C.A. No. 08-334 SLR |

**MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Bart A. Starr, Eric A. Buresh, Holly L. Teeter and Jonathan N. Zerger of the law firm of Shook, Hardy & Bacon L.L.P. to represent Defendant Hallmark Marketing Corporation in this matter.

Dated: July 2, 2008

*/s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
Amy Arnott Quinlan (I.D. #3021)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
rherrmann@morrisjames.com

*Attorneys for Defendant
Hallmark Marketing Corporation*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Dated: _____          _____
                                                                        Sue L. Robinson, J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Missouri and Kansas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: July 1st, 2008

Signed: /s/ Bart A. Starr
Bart A. Starr, Esq.
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Missouri and Kansas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: June 30, 2008         Signed: _____
                                    Eric A. Buresh, Esq.
                                    Shook, Hardy & Bacon L.L.P.
                                    2555 Grand Boulevard
                                    Kansas City, Missouri 64108
                                    (816) 474-6550

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Missouri and Kansas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date:  June 30, 2008

Signed: *Holly Jeeter*
Holly L. Peeter, Esq.
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, Missouri  64108
(816) 474-6550

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Missouri and Kansas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: June 30, 2008

Signed: _____
Jonathan N. Zerger, Esq.
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550