IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOTIVATION INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DSW, INC., VALUE CITY DEPARTMENT STORES, LLC, BED, BATH & BEYOND, INC., AND HALLMARK MARKETING CORPORATION,<br><br>    Defendants. | Civil Action No. 08-334-SLR |

**DEFENDANT VALUE CITY DEPARTMENT STORES, LLC'S
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Value City Department Stores, LLC states that Retail Ventures, Inc., a publicly-traded company, owns more than 10% of its stock.

Respectfully submitted,

July 31, 2008

                        /s/ Jeffrey B. Bove
Jeffrey B. Bove (No. 998) [*jbove@cblh.com*]
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Attorneys for Defendant
Value City Department Stores, LLC

OF COUNSEL
Theodore R. Remaklus [*tremaklus@whepatent.com*]
P. Andrew Blatt [*dblatt@whepatent.com*]
Wood, Herron & Evans, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202-2917
(513) 241-2324

1

## CERTIFICATE OF SERVICE

I certify I caused a true and correct copy of the foregoing document to be served on the following counsel in the manner indicated:

**Via E-Mail and First Class Mail**

Karen L. Pascale *[kpascale@ycst.com]*
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

Gregory P. Casimer *[casimer@nshn.com]*
David J. Sheikh *[sheikh@nshn.com]*
Sally J. Wiggins *[wiggins@nshn.com]*
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

*Attorneys for Motivation Innovations, LLC*

Richard K. Herrmann *[rherrmann@morrisjames.com]*
Mary B. Matterer *[mmatterer@morrisjames.com]*
Amy Arnott Quillan *[aquinlan@morrisjames.com]*
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494

Bart A. Starr *[bstarr@shb.com]*
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108

*Attorneys for Defendant Hallmark Marketing Corporation*

Robert W. Whetzel [*whetzel@rlf.com*]
Steven J. Fineman [*fineman@rlf.com*]
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0391

Charles P. Kennedy [*ckennedy@ldlkm.com*]
Lerner, David, Littenberg, Krumholz & Mentlik LLP
600 South Avenue West
Westfield, NJ 07090

*Attorneys for Defendant Bed, Bath & Beyond, Inc.*

                                           */s/ Jeffrey B. Bove*
Jeffrey B. Bove (No. 998) [*jbove@cblh.com*]
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141