IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOTIVATION INNOVATIONS, LLC,      )<br>                                                         )<br>             Plaintiff,                            )<br>                                                         )   C.A. No. 08-334-SLR<br>   v.                                                 )<br>                                                         )<br>DSW, INC., VALUE CITY DEPARTMENT )<br>STORES, LLC, BED BATH & BEYOND INC., )<br>and HALLMARK CARDS, INC.          )<br>                                                         )<br>             Defendants.                       )  | |

**RULE 7.1 DISCLOSURE STATEMENT OF BED BATH & BEYOND INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Bed Bath & Beyond Inc. states that Bed Bath & Beyond Inc. is a publicly held company without parent corporation and that the only publicly held corporation which owns 10% or more of Bed Bath & Beyond Inc. stock is T. Rowe Price Group, Inc.

**Of Counsel:**
Charles P. Kennedy
Bruce H. Sales
Orville R. Cockings
Natalie S. Morelli
LERNER, DAVID, LITTENBERG,
   KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, New Jersey 07090-1497
(908) 654-5000

Dated: July 31, 2008

/s/ 
Robert W. Whetzel (#7634)
whetzel@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Defendant Bed Bath & Beyond Inc.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Karen L. Pascale, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Jeffrey B. Bove, Esquire
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801

I hereby certify that on July 31, 2008, I have sent by Electronic Mail, the foregoing document to the following non-registered participants:

Theodore R. Remaklus, Esquire
P. Andrew Blatt, Esquire
Wood, Herron & Evans
2700 Carew Tower
Cincinnati, OH 45202

Gregory P. Casimer, Esquire
David J. Sheikh, Esquire
Sally J. Wiggins, Esquire
Niro, Scavone, Haller & Niro
181 West Madison Street
Suite 4600
Chicago, IL 60602

/s/ Steven J. Fineman
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com

RLF1-3307932-1