IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOTIVATION INNOVATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.  08-334-SLR |
| v. | ) | |
| | ) | |
| DSW, INC., VALUE CITY DEPARTMENT | ) | |
| STORES, LLC, BED, BATH & BEYOND, INC., | ) | |
| and HALLMARK CARDS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

*pro hac vice* of Charles P. Kennedy, Bruce H. Sales, Orville R. Cockings and Natalie S. Morelli

of Lerner, David, Littenberg, Krumholz & Mentlik, LLP, 600 South Avenue West, Westfield, NJ

07090 to represent Defendant Bed Bath & Beyond Inc. in this matter.

Robert W. Whetzel (#7634)
whetzel@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Dated: July 31, 2008                        Attorneys for Defendant Bed Bath & Beyond
Inc.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted

on this _____ day of _____, 2008.

_____
United States District Judge

RLF1-3304735-1

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2008, I electronically filed the foregoing document with

the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand

Delivered to the following:

Karen L. Pascale, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Jeffrey B. Bove, Esquire
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801

I hereby certify that on July 31, 2008, I have sent by Electronic Mail, the foregoing

document to the following non-registered participants:

Theodore R. Remaklus, Esquire
P. Andrew Blatt, Esquire
Wood, Herron & Evans
2700 Carew Tower
Cincinnati, OH 45202

Gregory P. Casimer, Esquire
David J. Sheikh, Esquire
Sally J. Wiggins, Esquire
Niro, Scavone, Haller & Niro
181 West Madison Street
Suite 4600
Chicago, IL 60602

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com

RLF1-3307932-1

**CERTIFICATION BY COUNSEL**
**TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to

this Court, am admitted, practicing and in good standing as a member of Bars of the State of

New York and State of New Jersey, and pursuant to Local Rule 83.6, submit to the disciplinary

jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of

this action. I also certify I am generally familiar with this Court's Local Rules. In accordance

with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee

for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment

will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Charles P. Kennedy
LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090
(908) 654-5000

Dated: July 30, 2008

900959_1.DOC

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to

this Court, am admitted, practicing and in good standing as a member of Bars of the State of

California , District of Columbia, and State of New Jersey, and pursuant to Local Rule 83.6,

submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in

the preparation or course of this action.  I also certify I am generally familiar with this Court's

Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I

further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not

paid previously, the fee payment will be submitted ■ to the Clerk's Office upon the filing of

this motion.

Bruce H. Sales
LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090
(908) 654-5000

Dated: July 30, 2008

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of Bars of the State of New Jersey and State of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon the filing of this motion.

Orville R. Cockings
LERNER, DAVID, LITTENBERG,
   KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090
(908) 654-5000

Dated: July _30_, 2008

Pro Hac Vice Applications (7_23_08) (2).DOC

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to

this Court, am admitted, practicing and in good standing as a member of Bars of the State of

New Jersey and State of New York, and pursuant to Local Rule 83.6, submit to the disciplinary

jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of

this action. I also certify I am generally familiar with this Court's Local Rules. In accordance

with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee

for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment

will be submitted ■ to the Clerk's Office upon the filing of this motion.

 

Natalie S. Morelli
LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090
(908) 654-5000

Dated: July 28, 2008