# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOTIVATION INNOVATIONS, L.L.C., § § Plaintiff, § § v. § § DSW, INC.; VALUE CITY DEPARTMENT STORES, L.L.C.; BED, BATH & BEYOND, INC.; AND HALLMARK MARKETING CORPORATION, § § § § § § Defendants. § | Civil Action No. 08-334-SLR  **JURY TRIAL DEMANDED** |

## HALLMARK MARKETING CORPORATION'S
## RULE 7.1 DISCLOSURE STATEMENT

Defendant Hallmark Marketing Corporation submits the following in accordance with Federal Rule of Civil Procedure 7.1:

1. Hallmark Marketing Corporation is a fully owned subsidiary of H.A. Inc.

2. H.A. Inc. has no parent corporation.

3. No publicly held corporation owns 10% or more of the stock of H.A. Inc.

Date: July 31, 2008

                    */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
Amy Arnott Quinlan (I.D. #3021)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
Telephone: (302) 888-6800
E-mail: rherrmann@morrisjames.com

Case 1:08-cv-00334-SLR    Document 23    Filed 07/31/2008    Page 2 of 2

Of Counsel:

Bart A. Starr       (admitted *pro hac vice*)
Eric A. Buresh      (admitted *pro hac vice*)
Jonathan N. Zerger (admitted *pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: (816) 474-6500
E-mail: bstarr@shb.com
E-mail: eburesh@shb.com
E-mail: jzerger@shb.com

*Attorneys for Defendant*
*Hallmark Marketing Corporation*

2