IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOTIVATION INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DSW, INC., VALUE CITY DEPARTMENT STORES, LLC, BED, BATH & BEYOND, INC., AND HALLMARK MARKETING CORPORATION,<br><br>Defendants. | Civil Action No. 08-334-SLR |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Theodore R. Remaklus and P. Andrew Blatt, of Wood, Herron & Evan, L.L.P., 2700 Carew Tower, 441 Vine Street, Cincinnati, Ohio 45202 to represent Defendants DSW, Inc. and Value City Department Stores, LLC, in this matter.

/s/ Jeffrey B. Bove

Jeffrey B. Bove, I.D. No. 998
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19801
(302) 658-9141
Attorney for Defendants DSW, Inc. and
Dated: August 1, 2008          Value City Department Stores LLC

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____       _____
                                    United States District Judge

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following, and sent the document by Electronic Mail and U.S. Mail:

Karen L. Pascale
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

Robert W. Whetzel
Steven J. Fineman
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0391

Richard K. Herrmann
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494

Gregory P. Casimer
David J. Sheikh
Sally J. Wiggins
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602

I hereby certify that on August 1, 2008, I have sent by Electronic Mail and U.S. Mail the foregoing document to the following non-registered participants:

Charles P. Kennedy
Lerner, David, Littenberg,
   Krumholz & Mentlik LLP
600 South Avenue West
Westfield, NJ 07090

Bart A. Starr
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108

*/s/ Jeffrey B. Bove*
Jeffrey B. Bove (No. 998) [jbove@cblh.com]
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

1

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio, and pursuant to local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 8/1/2008

Theodore R. Remaklus
Wood, Herron & Evans, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
Tel.:   (513) 241-2324

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio, and pursuant to local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 1 AUG 08

P. Andrew Blatt
Wood, Herron & Evans, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
Tel.:   (513) 241-2324

Pro hac certification -.DOC