IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MOTIVATION INNOVATIONS, LLC,

                    Plaintiff,

          v.                                                  C.A. No 08-334-SLR

DSW, INC.; VALUE CITY DEPARTMENT                             **JURY TRIAL DEMANDED**
STORES, LLC; BED BATH & BEYOND,
INC.; and HALLMARK MARKETING
CORPORATION,

                    Defendants.

## PLAINTIFF'S RESPONSE TO
## BED BATH & BEYOND, INC.'S COUNTERCLAIMS

Plaintiff Motivation Innovations, LLC ("Motivation Innovations") hereby responds to

Bed Bath & Beyond, Inc.'s ("BB&B") counterclaims, served on July 31, 2008 (D.I. 17) as

follows:

### COUNTERCLAIMS

29.     Counterclaim-plaintiff BB&B is a New York corporation with a place of business
at 650 Liberty Avenue, Union, New Jersey.

**Response:**

Admitted.

30.     According to plaintiff's First Amended Complaint, counterclaim-defendant
Motivation is a Delaware corporation with a principal place of business at 54 Hazard Avenue,
Suite 302, Enfield, Connecticut 06082.

**Response:**

Admitted.

**Jurisdiction and Venue**

31.    This Court had jurisdiction over BB&B's federal patent counterclaims under 28 U.S.C. §§ 1331 and 1338 and the Declaratory Judgment Act, 28 U.S. C. § 2201.

**Response:**

Admitted.

32.    This Court has jurisdiction over the counterclaim because the counterclaim-defendant Motivation has submitted to the jurisdiction of this Court by bringing the instant action.

**Response:**

Admitted.

**Declaratory Judgment of Invalidity**

33.    BB&B incorporates and realleges the allegations of paragraphs 29-32 of its counterclaims as if set forth fully herein.

**Response:**

Motivation Innovations incorporates its responses to the allegations of paragraphs 29-32 of

BB&B's counterclaims as if set forth fully herein.

34.    This is a counterclaim pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202.

**Response:**

Admitted.

35.    There is an actual justiciable controversy between the parties concerning the validity and enforceability of the '527 Patent which arises out of the Patent Act, 35 U.S.C. §1 *et. seq.*

**Response:**

Admitted.

36.    The '527 Patent is invalid for failure to meet one or more of the requirements of the Patent Laws of the United States, 35 U.S.C. §§ 102, 103 and/or 112.

**Response:**

Denied.

37.    BB&B is entitled to a declaration and order that the claims of the '527 Patent are invalid.

**Response:**

Denied.

## PRAYER FOR RELIEF

Motivation Innovations denies that BB&B is entitled to any relief on its counterclaim.

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

August 19, 2008

Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600

- and -

Gregory P. Casimer
David J. Sheikh
Sally J. Wiggins
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

*Attorneys for Plaintiff, Motivation Innovations LLC*

DB02:7148770.1                                                            067379.1001

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on August 19, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Paul Andrew Blatt    dblatt@whepatent.com

Jeffrey B. Bove    jbove@cblh.com, dhallowell@cblh.com, dkt@cblh.com

Gregory P. Casimer    casimer@nshn.com, mecyssne@nshn.com

Steven J. Fineman    fineman@rlf.com, cathers@rlf.com

Richard K. Herrmann    rherrmann@morrisjames.com, shadley@morrisjames.com

Karen L. Pascale    kpascale@ycst.com, corpcal@ycst.com, corporate@ycst.com

Theodore R. Remaklus    tremaklus@whepatent.com

Sally J. Wiggins    wiggins@nshn.com

I further certify that I caused a copy of the foregoing document to be served on the following attorneys of record in the manner indicated:

### *By Hand Delivery and E-Mail*

Richard K. Herrmann
Mary B. Matterer
Amy Arnott Quinlan
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
Telephone: (302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com
aquinlan@morrisjames.com
*Attorneys for Defendant Hallmark Marketing Corporation*

Robert W. Whetzel
Steven J. Fineman
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0391
Telephone:  (302) 651-7700
whetzel@rlf.com
fineman@rlf.com
*Attorneys for Defendant Bed, Bath & Beyond, Inc.*

Jeffrey B. Bove
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
jbove@cblh.com
*Attorneys for Defendants DSW, Inc. and Value City Department Stores LLC*

### *By E-Mail*

Bart A. Starr
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Telephone:  (816) 474-6550
bstarr@shb.com
*Attorneys for Defendant Hallmark Cards, Inc. and for Hallmark Marketing Corporation*

Charles P. Kennedy
LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK LLP
600 South Avenue West
Westfield, NJ 07090
Telephone: (908) 654-5000
ckennedy@ldlkm.com
*Attorneys for Defendant Bed, Bath & Beyond, Inc.*

Theodore R. Remaklus
P. Andrew Blatt
WOOD, HERRON & EVANS
2700 Carew Tower
Cincinnati, OH 45202
Telephone: (513) 241-2324
tremaklus@whepatent.com
dblatt@whepatent.com
*Attorneys for Defendants DSW, Inc. and Value City Department Stores LLC*

2

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

August 19, 2008

Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone:  302-571-6600
  *Attorneys for Plaintiff,*
  *Motivation Innovations LLC*

3