IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MOTIVATION INNOVATIONS, LLC,

          Plaintiff,

    v.

DSW, INC.; VALUE CITY DEPARTMENT
STORES, LLC; BED BATH & BEYOND,
INC.; and HALLMARK MARKETING
CORPORATION,

          Defendants.

C.A. No 08-334-SLR

**JURY TRIAL DEMANDED**

## PLAINTIFF'S RESPONSE TO
## HALLMARK MARKETING CORPORATION'S COUNTERCLAIMS

Plaintiff Motivation Innovations, LLC ("Motivation Innovations") hereby responds to Hallmark Marketing Corporation's ("Hallmark") counterclaims, served on July 31, 2008 (D.I. 20) as follows:

### COUNTERCLAIMS

1.     Hallmark is a Delaware corporation with its principal place of business in Kansas City, Missouri.

**Response:**

Admitted.

2.     On information and belief, Motivation Innovations is a Delaware corporation with its principal place of business in Enfield, Connecticut.

**Response:**

Admitted.

## JURISDICTION AND VENUE

3.    This Court has subject matter jurisdiction over these counterclaims pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and 28 U.S. C. § 1338.

**Response:**

Admitted.

4.    This court has personal jurisdiction over Motivation Innovations because Motivation Innovations submitted itself to the jurisdiction of the Court by filing the related complaint.

**Response:**

Admitted.

5.    Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b).

**Response:**

Admitted.

## COUNT I: DECLARATION OF NONINFRINGEMENT

6.    Hallmark incorporates the allegations of paragraphs 1 through 5 of the counterclaims in their entirety.

**Response:**

Motivation Innovations incorporates its responses to paragraphs 1 through 5.

7.    Hallmark has not and is not infringing, either literally or under the doctrine of equivalents, directly or indirectly, any valid and/or enforceable claim of U.S. Patent No. 5,612,527 ("the '527 Patent").

**Response:**

Denied.

8.    Unless Motivation Innovations is enjoined, it will continue to assert that Hallmark is infringing valid and enforceable claims of the '527 Patent and will continue to interfere with Hallmark's business.

067379.1001

**Response:**

Denied.

9.    Hallmark is entitled to a declaratory judgment that it has not and is not infringing any claim of the '527 Patent.

**Response:**

Denied.

## COUNT II – DECLARATION OF INVALIDITY

10.    Hallmark incorporates the allegations of paragraphs 1 through 9 of the counterclaims in their entirety.

**Response:**

Motivation Innovations incorporates its responses to paragraphs 1 through 9.

11.    On information and belief, the claims of the '527 Patent are invalid for failure to meet one or more of the conditions of patentability specified in Title 35 of the United States Code including without limitation 35 U.S.C. §§ 101, 102, 103 and/or 112.

**Response:**

Denied.

12.    Unless Motivation Innovations is enjoined, it will continue to assert that Hallmark is infringing valid and enforceable claims of the '527 Patent and will continue to interfere with Hallmark's business.

**Response:**

Denied.

13.    Hallmark is entitled to a declaratory judgment that the claims of the '527 Patent are invalid.

**Response:**

Denied.

## PRAYER FOR RELIEF

Motivation Innovations denies that Hallmark is entitled to any relief on its counterclaims.

DB02:7148770.1                                                                    067379.1001

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

August 19, 2008

Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600

- and -

Gregory P. Casimer
David J. Sheikh
Sally J. Wiggins
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

*Attorneys for Plaintiff, Motivation Innovations LLC*

DB02:7148770.1                                                                                 067379.1001

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on August 19, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Paul Andrew Blatt    dblatt@whepatent.com

Jeffrey B. Bove    jbove@cblh.com, dhallowell@cblh.com, dkt@cblh.com

Gregory P. Casimer    casimer@nshn.com, mecyssne@nshn.com

Steven J. Fineman    fineman@rlf.com, cathers@rlf.com

Richard K. Herrmann    rherrmann@morrisjames.com, shadley@morrisjames.com

Karen L. Pascale    kpascale@ycst.com, corpcal@ycst.com, corporate@ycst.com

Theodore R. Remaklus    tremaklus@whepatent.com

Sally J. Wiggins    wiggins@nshn.com

I further certify that I caused a copy of the foregoing document to be served on the following attorneys of record in the manner indicated:

***By Hand Delivery and E-Mail***

Richard K. Herrmann
Mary B. Matterer
Amy Arnott Quinlan
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
Telephone: (302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com
aquinlan@morrisjames.com
*Attorneys for Defendant Hallmark Marketing Corporation*

Robert W. Whetzel
Steven J. Fineman
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0391
Telephone: (302) 651-7700
whetzel@rlf.com
fineman@rlf.com
*Attorneys for Defendant Bed, Bath & Beyond, Inc.*

Jeffrey B. Bove
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
jbove@cblh.com
*Attorneys for Defendants DSW, Inc. and Value City Department Stores LLC*

### *By E-Mail*

Bart A. Starr
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
bstarr@shb.com
*Attorneys for Defendant Hallmark Cards, Inc. and for Hallmark Marketing Corporation*

Charles P. Kennedy
LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK LLP
600 South Avenue West
Westfield, NJ 07090
Telephone: (908) 654-5000
ckennedy@ldlkm.com
*Attorneys for Defendant Bed, Bath & Beyond, Inc.*

Theodore R. Remaklus
P. Andrew Blatt
WOOD, HERRON & EVANS
2700 Carew Tower
Cincinnati, OH 45202
Telephone: (513) 241-2324
tremaklus@whepatent.com
dblatt@whepatent.com
*Attorneys for Defendants DSW, Inc. and Value City Department Stores LLC*

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

August 19, 2008

Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone:  302-571-6600
  *Attorneys for Plaintiff,*
  *Motivation Innovations LLC*

3