IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOTIVATION INNOVATIONS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>DSW, INC.; VALUE CITY DEPARTMENT STORES, LLC; BED BATH & BEYOND, INC.; and HALLMARK MARKETING CORPORATION,<br><br>      Defendants. | C.A. No. 08-334-SLR<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S RESPONSE TO
DSW, INC.'S COUNTERCLAIM**

Plaintiff Motivation Innovations, LLC ("Motivation Innovations") hereby responds to DSW, Inc.'s ("DSW") counterclaims, served on July 31, 2008 (D.I. 13) as follows:

**COUNTERCLAIM**

26.     This is a counterclaim for a declaratory judgment declaring U.S. Patent No. 5,612,527 ("the '527 patent") invalid, unenforceable and not infringed, and arises under the patent laws of the United States, 35 U.S.C. § 1, *et seq.*, and the Federal Declaratory Judgment Act, 28 U.S.C. § 201, *et seq.*

**Response:**

Admitted that DSW has alleged a counterclaim for a declaratory judgment; otherwise denied.

27.     Jurisdiction of this Court over this Counterclaim is based upon 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202, and upon Rule 13 of the Federal Rules of Civil Procedure.

**Response:**

Admitted.

28. Venue in this Court is proper pursuant to 28 U.S.C. §§ 1391 and 1400(b), and Motivation Innovations, LLC (Motivation Innovations"), by virtue of having brought suit against DSW, has submitted itself to the jurisdiction of this Court.

**Response:**

Admitted.

29. Motivation Innovations claims to be the assignee of the '527 patent and has brought suit against DSW herein for alleged infringement of the '527 patent.

**Response:**

Admitted.

30. An actual case or controversy exists between DSW and Motivation Innovations based upon Motivation Innovations having filed the First Amended Complaint against DSW.

**Response:**

Admitted.

31. Neither DSW nor any of its customers has infringed any of the claims of the '527 patent.

**Response:**

Denied.

32. Upon information and belief, and as will likely be supported by evidence after reasonable opportunity for further investigation and discovery, the claims of the '527 patent are invalid, null, and/or void for failure to comply with the conditions and requirements for patentability specified in Title 35 of the United States Code, including, but not limited to Sections §§ 102, 103 and/or 112.

**Response:**

Denied.

33. As a result of the aforesaid conduct of Motivation Innovations, there is an actual controversy pursuant to 28 U.S.C. § 2201 regarding the validity, enforceability and infringement of the claims of the '527 patent.

**Response:**

Admitted.

34.     DSW has been injured and damaged by Motivation Innovations' filing of the First Amended Complaint in the present action asserting patents that are invalid, unenforceable and/or not infringed.

**Response:**

Denied.

## PRAYER FOR RELIEF

Motivation Innovations denies that DSW is entitled to any relief on its counterclaim.

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

August 27, 2008

Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600

- and -

Gregory P. Casimer
David J. Sheikh
Sally J. Wiggins
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

*Attorneys for Plaintiff, Motivation Innovations LLC*

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on August 27, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Paul Andrew Blatt     dblatt@whepatent.com

Jeffrey B. Bove     jbove@cblh.com, dhallowell@cblh.com, dkt@cblh.com

Gregory P. Casimer     casimer@nshn.com, mecyssne@nshn.com

Steven J. Fineman     fineman@rlf.com, cathers@rlf.com

Richard K. Herrmann     rherrmann@morrisjames.com, shadley@morrisjames.com

Karen L. Pascale     kpascale@ycst.com, corpcal@ycst.com, corporate@ycst.com

Theodore R. Remaklus     tremaklus@whepatent.com

Sally J. Wiggins     wiggins@nshn.com

I further certify that I caused a copy of the foregoing document to be served on the following attorneys of record in the manner indicated:

***By Hand Delivery and E-Mail***

Richard K. Herrmann
Mary B. Matterer
Amy Arnott Quinlan
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
Telephone: (302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com
aquinlan@morrisjames.com
*Attorneys for Defendant Hallmark Marketing Corporation*

Robert W. Whetzel
Steven J. Fineman
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0391
Telephone: (302) 651-7700
whetzel@rlf.com
fineman@rlf.com
*Attorneys for Defendant Bed, Bath & Beyond, Inc.*

Jeffrey B. Bove
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
jbove@cblh.com
*Attorneys for Defendants DSW, Inc. and Value City Department Stores LLC*

## *By E-Mail*

Bart A. Starr
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
bstarr@shb.com
*Attorneys for Defendant Hallmark Cards, Inc. and for Hallmark Marketing Corporation*

Charles P. Kennedy
LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK LLP
600 South Avenue West
Westfield, NJ 07090
Telephone: (908) 654-5000
ckennedy@ldlkm.com
*Attorneys for Defendant Bed, Bath & Beyond, Inc.*

Theodore R. Remaklus
P. Andrew Blatt
WOOD, HERRON & EVANS
2700 Carew Tower
Cincinnati, OH 45202
Telephone: (513) 241-2324
tremaklus@whepatent.com
dblatt@whepatent.com
*Attorneys for Defendants DSW, Inc. and Value City Department Stores LLC*

|  |  |
|---|---|
|  | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
|  | */s/ Karen L. Pascale* |
| August 27, 2008 |  |
|  | Karen L. Pascale (No. 2903) [kpascale@ycst.com]<br>The Brandywine Building<br>1000 West St., 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>Phone:  302-571-6600<br>  *Attorneys for Plaintiff,*<br>  *Motivation Innovations LLC* |

3