IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOTIVATION INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DSW INC., VALUE CITY DEPARTMENT STORES, LLC, BED BATH & BEYOND INC., AND HALLMARK MARKETING CORPORATION,<br><br>Defendants. | C. A. No. 08-334-SLR |

## DEFENDANTS' MOTION FOR STAY PENDING REEXAMINATION

Defendants DSW, Inc. ("DSW") and Bed Bath & Beyond, Inc. ("BBB") respectfully move the Court for an Order staying this patent infringement case until the completion of the reexamination by the United States Patent and Trademark Office ("USPTO") of the patent-in-suit.

Defendants respectfully submit that a stay pending reexamination is appropriate because: (i) a stay would not unduly prejudice or tactically disadvantage plaintiff Motivation Innovations LLC which does not even employ a system covered by the patent-in-suit; (ii) the reexamination is highly likely to change the character of this case by cancelling or amending the reexamined claims which will invalidate the patent claims now being asserted; and (iii) this case is in the early stages of discovery and far from trial preparations. The grounds for this motion are more fully set forth in the opening brief and supporting declaration filed contemporaneously herewith.

/s/ Jeffrey B. Bove

Jeffrey B. Bove (# 998)
jbove@cblh.com
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Attorneys for Defendant DSW Inc.


/s/ Steven J. Fineman

Robert W. Whetzel (#2288)
whetzel@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

Attorneys for Defendant Bed Bath & Beyond Inc.

Dated: April 2, 2009

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

| | |
|---|---|
| Karen L. Pascale, Esquire | Richard K. Herrmann, Esquire |
| Young Conaway Stargatt & Taylor, LLP | Mary B. Matterer, Esquire |
| 1000 West Street, 17th Floor | Amy Arnott Quinlan, Esquire |
| Wilmington, DE 19801 | Morris James LLP |
| | 500 Delaware Avenue, Suite 1500 |
| | P.O. Box 2306 |
| | Wilmington, DE 19899-2306 |

I hereby certify that on April 2, 2009, I have sent by Electronic Mail, the foregoing document to the following non-registered participants:

| | |
|---|---|
| Theodore R. Remaklus, Esquire | Bart A. Starr, Esquire |
| P. Andrew Blatt, Esquire | Eric A. Buresh, Esquire |
| Wood, Herron & Evans | Holly L. Teeter, Esquire |
| 2700 Carew Tower | Jonathan N. Zerger, Esquire |
| Cincinnati, OH 45202 | Shook, Hardy & Bacon, LLP |
| | 2555 Grand Boulevard |
| | Kansas City, MO 64108 |
| | |
| Bart A. Starr, Esquire | Sally J. Wiggins, Esquire |
| Eric A. Buresh, Esquire | Gregory P. Casimer, Esquire |
| Holly L. Teeter, Esquire | Niro, Scavone, Haller & Niro |
| Jonathan N. Zerger, Esquire | 181 West Madison, Suite 4600 |
| Shook, Hardy & Bacon, LLP | Chicago, IL 60602-4515 |
| 2555 Grand Boulevard | |
| Kansas City, MO 64108 | |

        /s/ Steven J. Fineman
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com